UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

JOHN RICHARD ESS,

           Defendant.

_____/

Case: 2:26−cr−20322
Assigned To : Leitman, Matthew F.
Referral Judge: Grand, David R.
Assign. Date : 5/21/2026
Description: INFO USA V. ESS (AB)

## **INFORMATION**

The United States Attorney charges:

### **COUNT ONE**
18 U.S.C. § 2251(a)
*Sexual Exploitation of a Child*

Between September 2023 to April 2025, in the Eastern District of Michigan, Southern Division and elsewhere, the defendant, John Richard Ess, knowingly employed, used, persuaded, induced, enticed, and coerced Minor Victim Two, a child born in 2008, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce using a means and facility of interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate

1

and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO
18 U.S.C. § 2251(a)
*Sexual Exploitation of a Child*

From around April 14, 2024, to May 7, 2024, in the Eastern District of Michigan, Southern Division and elsewhere, the defendant, John Richard Ess, knowingly employed, used, persuaded, induced, enticed, and coerced Minor Victim Three, a child born in 2007, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce using a means and facility of interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a).

**<u>COUNT THREE</u>**
18 U.S.C. § 2251(a)
*Sexual Exploitation of a Child*

From on or about August 4, 2024, to on or about October 6, 2024, in the Eastern District of Michigan, Southern Division and elsewhere, the defendant, John Richard Ess, knowingly employed, used, persuaded, induced, enticed, and coerced Minor Victim Seven, a child born in 2012, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce using a means and facility of interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One, Two, and Three of this Information are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a).

Upon conviction of the offenses alleged in this Information, John Richard Ess, shall, pursuant to 18 U.S.C. § 2253(a), forfeit to the United States the following:

1. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the property described above as being subject to forfeiture pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant –

1. cannot be located upon the exercise of due diligence;

2. has been transferred to, sold to, or deposited with a third party;

3. has been placed beyond the jurisdiction of this Court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty.

The United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek

forfeiture of all other property of the defendant up to the value of the property subject

to forfeiture described in subparagraphs (a) through (e) above.


JEROME F. GORGON JR.
United States Attorney


*s/ Matthew Roth*
MATTHEW ROTH
Chief, Trafficking and Exploitation of Children Unit
Assistant United States Attorney

*s/ Tara Hindelang*
TARA HINDELANG
Assistant United States Attorney


Date: May 21, 2026

5

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** 26-20322 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. __John Richard Ess__

**County where offense occurred :** __Wayne__

**Check One:**    ☒ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 25-mj-30539      ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|



**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

| May 21, 2026 | s/ Tara Hindelang |
|---|---|
| Date | Tara Hindelang |

Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9543
Fax:    313-226-2311
E-Mail address: tara.hindelang@usdoj.gov
Attorney Bar #: P78685

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.